IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-129-M

UNITED STATES OF AMERICA

v.

JASON ANDREW JASPER

**CONSENT ORDER FOR
RESTITUTION**

This matter comes before the court on the parties' joint motion for entry of a consent order for restitution [DE 32]. Pursuant to 18 U.S.C. §§ 3663 and 3663A, the motion is GRANTED and the court ORDERS as follows:

In the parties' plea agreement, Defendant agreed to pay immediately any restitution ordered by the court. Pursuant to 18 U.S.C. §§ 2259(b)(3) and 3664, and in accordance with the terms and conditions of the plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes $12,000 in restitution, which shall be due and payable immediately as follows:

| Victim | Series | Restitution Agreed | Payable To |
|--------|--------|--------------------|------------|
| Pia | Sweet White | $3,000 | "Deborah A. Bianco in Trust for Pia" |
| April | Aprilblonde | $3,000 | "Restore the Child in Trust for April" |
| Sloane | Tara | $3000 | "Carol L. Hepburn ITF Sloane" |
| Vicky | Vicky | $3,000 | "Carol L. Hepburn ITF Vicky" |

| | TOTAL | $12,000 | |
|---|---|---|---|

Defendant and the United States agree that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law. Finally, Defendant and the United States agree that any interest is waived.

The court finds that Defendant's agreements, including the amount of restitution and the joint and several liability, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $12,000 in restitution, without interest, to the victims in accordance with the parties' agreement, as set forth above, and in accordance with the court's Judgment. The court further orders that Defendant's restitution shall be due and payable in full immediately and that interest is waived. The Clerk of the Court shall issue an Amended Judgment in accordance with this Order.

SO ORDERED this __7th__ day of March, 2025.

RICHARD E. MYERS II
Chief United States District Judge

2